No. 793. PRESTONETTES, INC., v. FRANCOIS JOSEPH DE SPOTURNO COTY. January 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. Mr. Charles H. Tuttle and Mr. William J. Hughes for petitioner. Mr. Hugo Mock and Mr. Asher Blum for respondent.

No. 774. JOHN E. THROPP'S SONS COMPANY v. FRANK A. SEIBERLING. January 29, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. Mr. Livingston Gifford and Mr. Thomas G. Haight for petitioner. Mr. Robert Fletcher Rogers for respondent.

No. 777. SAMUEL D. WHITE, AS TRUSTEE, ETC., v. VETA STUMP. January 29, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. Mr. James E. Babb for petitioner. Mr. Harve H. Phipps for respondent.

PETITIONS FOR CERTIORARI DENIED OR DISMISSED AS TARDY, ETC., FROM OCTOBER 2, 1922, TO AND INCLUDING JANUARY 29, 1923.

No. 323. TRUSTEES OF THE UNITED STATES-MEXICO OIL COMPANY v. T. W. HARRIS. Error to the Supreme Court of the State of Kansas. October 9, 1922. Petition for a writ of certiorari herein denied. Mr. William W. Fry, for plaintiffs in error, in support of the petition. Mr. Charles F. Newman, for defendant in error, in opposition to the petition. [See ante, 694.]